No opinion. *Held*, (1) that the resolutions of the board of supervisors mentioned in question 1, stated in the submission, do not prevent the county from interposing the statute of limitations; (2) that the plaintiff is entitled to recover the·taxes appropriated within six years prior to February 7, 1891, the date of the submission, with interest; and judgment therefor is ordered in favor of the plaintiff against the defendant, with costs. The formula of the judgment to be settled upon five days' notice before HARDIN, P. J.

---

*In re* O'BRIEN's WILL, (DONLON, Appellant; BULGER *et al.*, Respondents.)

*(Supreme Court, General Term, Fourth Department.* October 3, 1891.)

Proceeding for the probate of the will of Mary Ann O'Brien, deceased.

No opinion. Decree and decision modified by limiting the construction of the twentieth provision of the will to the personal estate, and as so modified affirmed, with costs to the appellant payable out of the estate.

---

OWENS, Respondent, *v.* OWENS, Appellant.

*(Supreme.Court, General Term, Fourth Department.* October 3, 1891.)

Action.by Mary E. Owens against Joel A. Owens.

No opinion. Judgment and decision modified by striking therefrom the award of costs to the plaintiff, and as so modified affirmed, without costs of the appeal to either party.

---

OWENS, Appellant, *v.* OWENS, Respondent.

*(Supreme Court, General Term, Fourth Department.* October 3, 1891.)

Action by Mary E. Owens against Joel A. Owens.

No opinion. Judgment reversed and a new trial ordered, with costs to abide the event.

---

PEOPLE, Appellants, *v.* JONES, Respondent.

*(Supreme Court, General Term, Fourth Department.* October 3, 1891.)

Proceeding by the people against Stephen W. Jones.

No opinion. Order affirmed, with $10 costs and disbursements.

---

PEOPLE, Respondents, *v.* MILK EXCHANGE, Limited, Appellant.

*(Supreme Court, General Term, Fourth Department.* October 3, 1891.)

Action by the people to annul the charter of the Milk Exchange.

No opinion. Interlocutory judgment overruling a demurrer to the complaint affirmed, with costs, with leave to the defendant to answer upon payment of the costs of the demurrer and of the appeal.

---

RHODES *et al. v.* ELMIRA, C. & N. R. Co., Respondents.

*(Supreme Court, General Term, Fourth Department.* October 3, 1891.)

Action by Margaret Rhodes and others against the Elmira, Cortland & Northern Railroad Company.

No opinion. Judgment of the county court of Tompkins county affirmed. with costs.